**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Anthony James KEBODEAUX, also**
**known as Anthony Kebodeaux,**
**Defendant–Appellant.**

No. 08–51185.

United States Court of Appeals,
Fifth Circuit.

July 25, 2011.

Joseph H. Gay, Jr., Mara Asya Blatt, Asst. U.S. Attys., San Antonio, TX, J. Campbell Barker (argued), Joseph Francis Palmer, U.S. Dept. of Justice, Crim. Div., Washington, DC, for Plaintiff–Appellee.

M. Carolyn Fuentes (argued), Henry Joseph Bemporad, Fed. Pub. Defenders, San Antonio, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and KING, JOLLY, DAVIS, SMITH, GARZA, BENAVIDES, STEWART, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES and GRAVES, Circuit Judges.

PER CURIAM:

A majority of the circuit judges in regular active service and not disqualified having voted in favor, on the Court's own motion, to rehear this case en banc.

It is ordered that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.